**WILLIAM D. WEXLER**
ATTORNEY AT LAW
816 DEER PARK AVENUE
NORTH BABYLON, NEW YORK 11703
(631) 422-2900

**Via EFC**

September 16, 2010

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Joey Lantigua*
            *Case No. 06-CR-458 (RJD)*

Dear Judge Dearie:

    I am the attorney for Joey Lantigua, the defendant in the above matter. I write to seek your permission for Mr. Lantigua to travel to the Dominican Republic. The reason for Mr. Lantigua's trip to address family matters regarding his son, Chany Polanco Mosquea.

    Mr. Lantigua would like to travel to Santiago, Dominican Republic, hoping to leave on October 8, 2010 and return on November 9, 2010. He will be staying at his mother's home at 187 Franco Vido, Santiago, Dominican Republic, (809) 471-8936.

    As such, I am respectfully requesting that Mr. Lantigua be allowed to travel as described herein above.

                                                           Respectfully submitted,

                                                           William D. Wexler

WDW/cm

cc:    AUSA Bonnie S. Klapper - Via ECF
        USPO Jovanna Calderon - Via Fax (212) 805-0046