# WILLIAM D. WEXLER
### ATTORNEY AT LAW
### 816 DEER PARK AVENUE
### NORTH BABYLON, NEW YORK 11703
(631) 422-2900

**Via EFC**

December 1, 2011

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Joey Lantigua*
              *Case No. 06-CR-458 (RJD)*

Dear Judge Dearie:

      I am the attorney for Joey Lantigua, the defendant in the above matter. I write to seek your permission for Mr. Lantigua to travel to the Dominican Republic. The reason for Mr. Lantigua's trip to address family court matters.

      Mr. Lantigua would like to travel to Santiago, Dominican Republic, hoping to leave on December 20, 2011 and return on January 10, 2012. He will be staying at his mother's home at 187 Franco Vido, Santiago, Dominican Republic, (809) 471-8936. The dates can be changed if necessary but Mr. Lantagua would need to be there for at least a three week period to attend court matters. Mr. Lantigua's attorney in the Dominican Republic is Ylda Maria Marte, Esq., (809) 583-9355.

      As such, I am respectfully requesting that Mr. Lantigua be allowed to travel as described herein above.

                                                Respectfully submitted,


                                               William D. Wexler

WDW/cm

cc:    AUSA Bonnie S. Klapper - Via ECF
        USPO Jovanna Calderon - Via Fax (212) 805-0046